1
2
3
4
5
6
7
8
9                          UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11
JAMES CHITWOOD,                        )
12                                     )     2:07-cv-355-GEB-KJM
                    Plaintiff,         )
13                                     )
            v.                         )     ORDER RE: SETTLEMENT
14                                     )     AND DISPOSITION
NORTHWEST AIRLINES, INC.,             )
15                                     )
                    Defendant.         )
16 _____    )

17          On July 23, 2007, the parties filed a Notice of

18 Resolution notifying the Court "that this case has been resolved in

19 its entirety" and that "a request for dismissal will be filed

20 within 15 days."  Therefore, a dispositional document shall be

21 filed no later than August 13, 2007.  Failure to respond by this

22 deadline may be construed as consent to dismissal of this action

23 without prejudice, and a dismissal order could be filed.  See L.R.

24 16-160(b) ("A failure to file dispositional papers on the date

25 prescribed by the Court may be grounds for sanctions.").

26          The parties request that the pretrial conference set for

27 June 9, 2008 and the trial set to commence on September 9, 2008 "be

28 removed from the Court's calendar."  However, the pretrial

conference and trial will remain on calendar because the mere
representation that an action has been settled does not justify
removal of the action from a district court's trial docket.  <u>Cf.</u>
<u>Callie v. Near</u>, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that
a representation that claims have been settled does not necessarily
establish the existence of a binding settlement agreement).

IT IS SO ORDERED.

Dated:  July 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge